IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY C. MORRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-01800 |
| ) | |
| CARTER GLOBAL LEE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for Carter Globle Lee, Inc. (named incorrectly by Plaintiff as "Carter Global Lee, Inc.,"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Carter Globle Lee, Inc. which have any outstanding securities in the hands of the public:  NONE.

These representations are made in order that judges of this court may determine the need for recusal.


Date:  November 5, 2012			Respectfully Submitted,


						CARTER GLOBLE LEE, INC.,

				By:	         /s/
					Paul W. Mengel III (Bar No. 457207)
					PilieroMazza PLLC
					888 17th Street NW, 11th Floor
					Washington, DC  20006
					(202) 857-1000
					(202) 857-0200 (Fax)
					*pmengel@pilieromazza.com*
					Counsel for Defendant

1

## CERTIFICATE OF SERVICE

I certify that on this 5th day of November, 2012, a true and correct copy of the above pleading was served by first-class mail to:

Timothy C. Morris
4505 Henderson Road
Temple Hills, MD 20748

                                                                      /s/
                                             Paul W. Mengel III