**Filed**
**D.C. Superior Court**
**11/07/2012 09:55AM**
**Clerk of the Court**

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY C. MORRIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2012 CA 004634 B |
| | ) |
| CARTER GLOBAL LEE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this 5th day of November, 2012, Defendant Carter Global Lee, Inc., by counsel, has caused this matter to be removed to the United States District Court for the District of Columbia, for all further proceedings. A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

_____ /S/ _____
Paul W. Mengel III (Bar No. 457207)
Nichole L. DeVries (Bar No. 1009328)
PilieroMazza PLLC
888 17th Street NW, 11th Floor
Washington, DC 20006
(202) 857-1000
(202) 857-0200 (Fax)
*pmengel@pilieromazza.com*
*ndevries@pilieromazza.com*
*Attorney for Defendant Carter Global Lee, Inc*

1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT on November 5, 2012, a true copy of Defendant's Notice

of Removal was served by first-class mail, pursuant to D.C Super. Ct. R. Civ. P. 5(b)(2)(B),

upon:

      Timothy C. Morris
      4505 Henderson Road
      Temple Hills, MD 20748

                                       /s/
                                  Paul W. Mengel III

2

Filed
D.C. Superior Court
11/01/2012 13:48PM
Clerk of the Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TIMOTHY C. MORRIS | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2012 CA 004634 B |
| CARTER GLOBAL LEE, INC. | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT on November 1, 2012, a true copy of Defendant's Rule 12(e) Motion for More Definite Statement, Defendant's Memorandum of Points and Authorities in Support of its Rule 12(e) Motion for More Definite Statement and a Proposed Order was served by first-class mail, pursuant to D.C Super. Ct. R. Civ. P. 5(b)(2)(B), upon:

> Timothy C. Morris
> 4505 Henderson Road
> Temple Hills, MD 20748

Date: November 1, 2012

Paul W. Mengel III (Bar No. 457207)
Nichole L. DeVries (Bar No. 1009328)
PilieroMazza PLLC
888 17th Street NW, 11th Floor
Washington, DC 20006
(202) 857-1000
(202) 857-0200 (Fax)
*pmengel@pilieromazza.com*
*ndevries@pilieromazza.com*
*Attorney for Defendant Carter Global Lee, Inc.*

1

Filed
D.C. Superior Court
10/31/2012 17:27PM
Clerk of the Court

### IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TIMOTHY C. MORRIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2012 CA 004634 B |
| | ) |
| CARTER GLOBAL LEE, INC. | ) |
| 795 East Lanier Ave. | ) |
| Fayetteville, GA 30214 | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT'S RULE 12(E) MOTION FOR MORE DEFINITE STATEMENT

COMES NOW DEFENDANT CARTER GLOBAL LEE, INC. ("CGL") and, pursuant to

D.C. Super. Ct. R. Civ. P. 12(e), respectfully requests this Court to order Plaintiff Timothy C.

Morris to provide a more definite statement of his claims against CGL.  In support of its Motion,

filed herewith is Defendant's Memorandum of Points and Authorities.

Date:  October 25, 2012                              Respectfully submitted,


_____/s/_____
Paul W. Mengel III (Bar No. 457207)
Nichole L. DeVries (Bar No. 1009328)
PilieroMazza PLLC
888 17th Street NW, 11th Floor
Washington, DC  20006
(202) 857-1000
(202) 857-0200 (Fax)
*pmengel@pilieromazza.com*
*ndevries@pilieromazza.com*
*Attorney for Defendant Carter Global Lee, Inc.*

1

CERTIFICATE OF SERVICE

I certify that on this 25th day of October, 2012, a true and correct copy of the above

pleading was served by operation of the Court's electronic filing system to all parties indicated

on the electronic filing receipt.  Parties may access this filing through the Court's electronic

filing system.

_____/s/_____

Paul W. Mengel III

2

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

_____
                                )
TIMOTHY C. MORRIS                )
                                )
        Plaintiff,               )
                                )
v.                               )    Case No. 2012 CA 004634 B
                                )
CARTER GLOBAL LEE, INC.          )
                                )
        Defendant.               )
                                )
_____ )

### ORDER

This matter came before the Court on Defendant's Rule 12(e) Motion for More Definite Statement, filed October 25, 2012. Having reviewed the Complaint and the submissions of the parties, and it appearing to the Court that Plaintiff's allegations are so vague that Defendant cannot reasonably be expected to frame a responsive pleading, it is hereby

ORDERED that Defendant's Rule 12(e) Motion for More Definite Statement is GRANTED; and it is further

ORDERED that Plaintiff shall serve a more definite statement of his claims against Defendant within ten (10) days of the issuance of this Order.

SO ORDERED.


Date: October ___, 2012                         _____
                                                 Gregory E. Jackson
                                                 Associate Judge

1

Copies to:

Timothy C. Morris
4505 Henderson Road
Temple Hills, MD 20748


Paul W. Mengel III (Bar No. 13766)
Nichole L. DeVries (Bar No. 1009328)
PilieroMazza PLLC
888 17th Street NW, 11th Floor
Washington, DC  20006
*pmengel@pilieromazza.com*
*ndevries@pilieromazza.com*
*Attorney for Defendant Carter Global Lee, Inc.*

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TIMOTHY C. MORRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2012 CA 004634 B |
| ) | |
| CARTER GLOBAL LEE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS RULE 12(E) MOTION FOR MORE DEFINITE STATEMENT

COMES NOW DEFENDANT CARTER GLOBAL LEE, INC. ("CGL"), pursuant to D.C. Super. Ct. R. Civ. P. 12-1(e), and submits the following points and authorities in support of Defendant's Rule 12(e) Motion for More Definite Statement:

D.C. Super. Ct. R. Civ. P. 12(e) allows a party that receives a pleading to which a responsive pleading is permitted to move for a more definite statement prior to filing a response if the pleading is "so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading." D.C. Super. Ct. R. Civ. P. 8(a) and (e) require that a complaint, at a minimum, place the defendant on notice of the claim against it.

Here, Plaintiff has failed to sufficiently state his allegations such that CGL can ascertain the claims against it. Plaintiff's sole claim for relief is based on the allegation that CGL "violated Plaintiff's civil and human rights." This conclusory allegation, utterly without factual support in the Complaint or the Affidavit attached thereto, is so vague and ambiguous that CGL cannot reasonably determine under which law(s), if any, Plaintiff is seeking a judgment against CGL. CGL is unable to ascertain whether Plaintiff is asserting violations of the laws of the

1

District of Columbia, the United States, another jurisdiction, or no laws at all.  Moreover, in the absence of any factual allegations whatsoever in support of Plaintiff's claim of "civil and human rights" violations, CGL cannot reasonably ascertain the information necessary to determine a basis of defense.  As a result, CGL is prejudiced in its ability to defend this case.

For the foregoing reasons, CGL requests this Honorable Court to order Plaintiff to provide a more definite statement of his claims in order that CGL may adequately respond to the allegations and present a defense thereto.

Date:  October 25, 2012                         Respectfully submitted,


                                        _____/s/_____
                                        Paul W. Mengel III (Bar No. 457207)
                                        Nichole L. DeVries (Bar No. 1009328)
                                        PilieroMazza PLLC
                                        888 17th Street NW, 11th Floor
                                        Washington, DC  20006
                                        (202) 857-1000
                                        (202) 857-0200 (Fax)
                                        *pmengel@pilieromazza.com*
                                        *ndevries@pilieromazza.com*
                                        *Attorney for Defendant Carter Global Lee, Inc.*

2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

**FILED**
**CIVIL ACTIONS BRANCH**

OCT - 3 2012

Superior Court
of the District of Columbia
Washington, DC.

_Timothy Morris_
**Plaintiff**

vs.

CIVIL ACTION NO.: _2012 CA006634 B_

_Carter Global Lee Inc_
**Defendant**

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Timothy Morris_ under oath do hereby state that I am age 18 or older, residing or working
at: _4605 Henderson Road Temple Hills Md_

That a copy of the initial Order/ Complaint and Summons was mailed by the affiant to the above named defendant
_Carter Global Lee Inc_ by registered/certified mail.

On _July 16_, 2012  the return receipt attached hereto was signed by :

_____, the defendant .

Or

_____ a person of suitable age and discretion residing therein at the
defendants usual place of abode.

Or

_Jacqueline Bates_ a person of suitable age authorized to accept service on behalf of the
above defendant by statute or law and his/her official capacity is _____.

If return receipt does not purport to be signed by the parties named in the summons, then state the specific facts
from which the Court can determine that the person who signed the receipt meets the appropriate qualifications
for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

**SPECIFIC FACTS:**

_____
**Signature**

Subscribed and sworn before me this _10th_ day of _August_ 20_12_

District of Columbia: SS
Subscribed and Sworn before me this
Notary Public, D.C.
My Commission Expires December 14, 2015



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Car Ier Globa

Fayetteville Ga
30214

2. Article Number
(Transfer from service label)
7012 0470 0000 7192 2095

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jacqueline Bates    □ Agent
                      □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Pauline Bates    7-16-12

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:    ☑ No

3. Service Type
□ Certified Mail    □ Express Mail
□ Registered    □ Return Receipt for Merchandise
□ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

UNITED STATES POSTAL SERVICE

Class Mail
ge & Fees Paid
Permit No. G-10

• Sender: Please print your name, address, and ZIP in this box •

Timothy Morris
4605 Henderson Road
Temple Hills, MD
20748

Filed
D.C. Superior Court
10/03/2012 08:17AM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL ACTIONS BRANCH

| | | |
|---|---|---|
| TIMOTHY MORRIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No.  2012 CA 004634 B |
| v. | * | Judge Gregory E. Jackson |
| | * | Next Event:  Scheduling Conference |
| CARTER GLOBAL LEE, INC., | * | Date:  November 16, 2012 |
| | * | |
| Defendant. | * | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Reinstate, filed September 6, 2012.  Plaintiff filed a complaint, alleging employment discrimination, on May 29, 2012.  On August 6, 2012, the Clerk of the Court dismissed the complaint pursuant to Super. Ct. Civ. R. 4(m), citing Plaintiff's failure to perfect service of process on the Defendant.  Now, Plaintiff asks the Court to reopen his case and reinstate the complaint.  In support thereof, Plaintiff proffers that he has cured the defects in his service of process.  Moreover, Plaintiff has attached an amended affidavit of service to the instant motion.  In light of these representations, it is hereby

ORDERED, that Plaintiff's Motion to Reinstate is **GRANTED**; and it is

ORDERED, that this case shall be **REOPENED**; and it is

ORDERED, that the affidavit of service shall be **ACCEPTED**; and it is

ORDERED, that Defendant shall file an answer or other responsive pleading within twenty (20) days of the issuance of this Order; and it is further

**ORDERED**, that the parties shall appear for a Scheduling Conference Hearing on

**Friday, November 16, 2012**.

**SO ORDERED**.

Date:  October 3, 2012

Copies to:

Judge Gregory E. Jackson
Associate Judge

Timothy C. Morris
4505 Henderson Road
Temple Hills, Md. 20748

Carter Global Lee, Inc.
795 East Lanier Avenue
Fayetteville, Ga. 30214

2

Superior Court of the District of Columbia

**CIVIL DIVISION**

FILED
CIVIL ACTIONS BRANCH
SEP 06 2012 ajh
Superior Court
of the District of Columbia
Washington, D.C.

Timothy C. Morris

*Plaintiff*

vs

Carter Global Lee

*Defendant*

2012 _____ No. CA#2012CA004634B

## MOTION - (Pro-Se)

MOTION OF: ~~for~~ To: Timothy Morris - submitted affidavit of service Corrected

(State briefly what you want the Court to do) Pursuant to dismissal of complaint without

prejudice. Come now Timothy Morris and respectfully moves this

Court for an order reinstating the above captioned matter.

Plaintiff has corrected the Affidavit of Service. (See attached)

| Printed name: Timothy C. Morris | Signature: |
|---|---|
| Address: 4505 Henderson Road, MD | Home phone no. (301)-399-6641 |
| | Business phone no. (Same) |

## CERTIFICATE OF SERVICE

On September 6 _____, 20 12, I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Carter Global Lee | Name: Timothy C. Morris |
|---|---|
| Address: Fayetteville, GA 30214 defendant | Address: 4505 Henderson Road, MD 20748 Plaintiff |
| | Signature: |

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

District of Columbia Superior Court rule

4. All other applicable rules of this

Court.

Signature

Form CV-393 / Dec 0

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
Washington, D.C. 20001

_Timothy Morris_
_____
Plaintiff

vs.

Civil Action No. _CA3012CA04634B_

_Carter Global Lee Inc_
_____
Defendant

**ORDER**

Upon consideration of the motion _Reinstatement_

filed by _Timothy Morris_

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____,

ORDERED:

(1) That the motion be, and it is hereby,   ☐ GRANTED   ☐ DENIED

(2) That _____

_____

_____

_____

_____

_____

_____

Copies to:

_____
JUDGE

Form CV-545/Apr 05

**Superior Court of the District of Columbia**

The Clerk of this Court rejected Plaintiff's Affidavit of Services on the grounds that he failed to submit the original green card as proof of service upon defendant. Plaintiff also failed to notarize the affidavit.

Plaintiff has corrected the Affidavit of Services to comply with the Clerk's directive and resubmitted it as proof of service of process.

Therefore, Plaintiff prays that this honorable court will grant the motion and reinstate Plaintiff's case.

Respectfully Submitted,

Timothy C. Morris, Plaintiff

JPERIOR COURT OF THE DISTRICT OF COL     ЗIA

## CIVIL DIVISION

*Timothy Morris*

**Plaintiff**

vs.

*Carter Global Lee Inc*

CIVIL ACTION NO.: *2012 CA004634 B*

**Defendant**

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, *Timothy Morris* under oath do hereby state that I am age 18 or older, residing or working at: *4506 Henderson Road Temple Hills Md.*

That a copy of the initial Order, Complaint and Summons was mailed by the affiant to the above named defendant *Carter Global Lee Inc* by registered/certified mail.

On *July 16*, 2012 the return receipt attached hereto was signed by :

_____, the defendant .

Or

_____ a person of suitable age and discretion residing therein at the defendants usual place of abode.

Or

*Jacquline Bates* a person of suitable age authorized to accept service on behalf of the above defendant by statute or law and his/her official capacity is _____.

If return receipt does not purport to be signed by the parties named in the summons, then state the specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS:

_____

**Signature**

Subscribed and sworn before me this *10th* day of *August* 20 *12*

District of Columbia: SS
Subscribed and Sworn before me this _____ day of _____ 20____
Notary Public, D.C.
My Commission Expires December 14, 2015

**SENDER: C**          **TE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Car To Globa

Fayetteville Ga 30214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Jacqueline B.*          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
*Pauline Bates*          7-16-12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☑ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)     7012 0470 0000 7192 2095

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Timothy Morris
4505 Henderson Road
Temple Hills, MD
20748

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue, NW**
Washington, D.C. 20001

**August 6, 2012**

CASE NAME:   TIMOTHY C. MORRIS  vs  CARTER GLOBAL LEE, INC.
CASE NO.   2012 CA 004634 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

CARTER GLOBAL LEE, INC.

**ORDER OF DISMISSAL**



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

TIMOTHY C. MORRIS
4505 HENDERSON ROAD
TEMPLE HILLS, MD 20748

2012 CA 004634 B

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**August 6, 2012**

CASE NAME:    TIMOTHY C. MORRIS  vs  CARTER GLOBAL LEE, INC.

CASE NO.    2012 CA 004634 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

CARTER GLOBAL LEE, INC.

**ORDER OF DISMISSAL**



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

CARTER GLOBAL LEE, INC.
795 EAST LANIER AVENUE
FAYETTEVILLE, GA 30214

2012 CA 004634 B

CAOOD-4m doc

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

```
Timothy C. Morris
4505 Henderson Rd.
Temple Hills, MD 20748
```

*Plaintiff*

FILED
CIVIL ACTION
MAY 2

**0004034-12**

*vs.*

CIVIL ACTION NO. _____

```
Carter Global Lee, Inc.
795 East Lanier Ave.
Fayetteville, GA 30214
```

*Defendants*

**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**
   Plaintiff was employed by Defendant inAugust 2008 to provide services
   to the District of Columbia jails.  He was wrongfully fired on Feb.24,
   2009. Defendant violated Plaintiff's civil and human rights; and has con-
   tinued to violated his rights thereafter.Def a Georgia corporation was
   doing business in the District, and the firing occurred in theDistrict.

   See, my Affidavit attached hereto and made a part of this Complaint.

   *Plaintiff demands a Trial By Jury.*

   **Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 1,000,000.00
   **with interest and costs.**

   301 399-6641
   **Phone:**

**DISTRICT OF COLUMBIA, SS**

_____Timothy C. Morris_____, **being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all
set-off and just grounds of defense.**

Plaintiff                                   Agent)

**Subscribed and sworn to before me this** _____ **day of** _____ **20** 12.

(Notary Public/Deputy/Clerk)

District of Columbia: SS
Subscribed and Sworn before me this ___ day of ___ 20 ___
Notary Public, D.C.
My Commission Expires December 14, 2015

# AFFIDAVIT

District of Columbia: ss

I, TIMOTHY MORRIS hereby depose, under penalty of perjury, and state as follows:

1. That I am over 21 years of age.

2. That I am a resident of 4505 Henderson Road, Temple Hills, Maryland 20748.

3. That I am a DC-licensed Master Plumber/Gas fitter; and that I worked for the District of Columbia penal system/DC Jail as an employee with Carter Global Lee, Inc. (CGL),    the company which had a maintenance contract with the DC Government from August 2008 to February 2009.

4. That my first encounter with the issue that led to my firing by CGL came about February  24, 2009 at approximately 2:30 pm. Mr. Kinsley, who was my supervisor, after keeping me sitting in the shop/employee lounge since 9:30 A.M., asked what I did in the mechanical room that morning. I explained that I went to each mechanical room to check to see if      everything was operating properly; they were, and no adjustments were required or made. I was then accused by Mr. Kinsley of turning off the heat and destroying the rooftop units,  and was immediately told to surrender my set of keys and government issued ID, and  was terminated and escorted off of the property. This action was taken despite my requests to show me what I allegedly had done. Mr. Kinsley refused to accept my denial of wrong-doing, and provided no information in response to my request.

5. Each time that I have asked CGL officials for information on what they say, or believe, that I have done wrong, they have not given me any response.

Mr. Kinsley had assigned me to come in early (around 4 AM) to check all of the systems (mechanical rooms). I had been doing this from around mid-November 2008 up through the day that I was terminated..  My evaluation was received before Christmas 2008.  My rating was excellent in each category.  I have no write-ups or reprimands, nor any adverse record with the company – as far as I am aware.

6.    When I applied for unemployment compensation, the company claimed that I had been fired for gross misconduct—stating that I had sabotaged the heating system. They also said that this was the second time that such an incident had occurred. These are criminal charges which if true, should have led to my arrest both times or when either of the alleged actions occurred, but I was totally unaware of them. I was denied unemployment benefits, and I applied for a hearing.

7.    On May 30, 2009 the hearing was held, but CGL failed to show up. Case information was put on the record in my case. The hearing examiner decided in my favor, and my benefits were granted. CGL took no further action.

8.    I have tried to obtain employment after this situation; however, CGL is my last employer and their accusations tarnished my record and defamed my character. It has prevented me from receiving fair consideration in the job market.

9.    My wife was diagnosed with breast cancer in December of 2008. Mr. Kinsley, my immediate supervisor, gave me permission to take her to her doctor's appointments, and seemed to be very supportive. My wife had an early appointment on February 24, 2009, two days before her scheduled surgery. Surgery was scheduled for February 26, 2009.  After I took her home from that

appointment and returned to work, I was fired. The emotion and mental stress was

almost unbearable. I have barely survived since the firing.


I swear, under penalty of perjury, that all of the above statement is true to the best

of my knowledge, information and belief.

Timothy C. Morris


May 29, 2012
County of _____

Before me the undersigned Notary, personally appeared Timothy C. Morris, who is
personally known to me or properly identified as the same person providing this
Affidavit, and after providing oath stated that this Affidavit is made to provide
information about his employment situation and problems which arose relating to his
former employer, Carter Global Lee, Inc.

Notary Public

District of Columbia: SS
Subscribed and Sworn to before me this ___ day of ___ 20__
Notary Public, D.C.
My Commission Expires: December 14, 2015

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

*Timothy A. Morris*
_____ Plaintiff

vs.

Case Number **0004634-12**

*Carter Global Lee*
_____ Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Timothy A. Morris*
Name of Plaintiff's Attorney

*4505 Henderson Rd*
Address
*Temple Hills, Md 20748*
*301-399-6641*
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date 05/29/2012

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan 2011                                   CASUM.doc

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH

### INFORMATION SHEET

*Timothy A. Morris*

**Q004634-12**

Case Number: *N/A*

vs

Date: *5-29-2012*

*Carter Global Lee*

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* *Timothy C. Morris* | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☒ Self (Pro Se) |
| Telephone No.: *301-379-6641*    Six digit Unified Bar No.: | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury       ☐ 6 Person Jury       ☒ 12 Person Jury

Demand: $*1,000,000.00*_____       Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____       Judge: _____       Calendar #:_____

Case No.:_____       Judge: _____       Calendar#:_____

---

**NATURE OF SUIT:**       *(Check One Box Only)*

### A. CONTRACTS                                        COLLECTION CASES

☐ 01 Breach of Contract            ☐ 07 Personal Property            ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty          ☐ 09 Real Property-Real Estate   ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument      ☐ 12 Specific Performance        ☐ 17 OVER $25,000
☐ 15 Special Education Fees     ☒ 13 Employment Discrimination

### B. PROPERTY TORTS

☐ 01 Automobile                      ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                      ☐ 04 Property Damage                     ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

### C. PERSONAL TORTS

☐ 01 Abuse of Process            ☐ 09 Harassment                  ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection    ☐ 10 Invasion of Privacy              Not Malpractice)
☐ 03 Assault and Battery         ☐ 11 Libel and Slander           ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury  ☐ 12 Malicious Interference  ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation) ☐ 13 Malicious Prosecution   ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 14 Malpractice Legal           ☐ 21 Asbestos
☐ 07 False Arrest                    ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                            ☐ 16 Negligence- (Not Automobile,  ☐ 23 Tobacco
                                                      Not Malpractice)              ☐ 24 Lead Paint

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/May 12



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

TIMOTHY C. MORRIS

Vs.                                                    C.A. No.        2012 CA 004634 B

CARTER GLOBAL LEE, INC.

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order.   Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge GREGORY E JACKSON
Date:   May 31, 2012
Initial Conference: 9:30 am, Friday, September 07, 2012
Location:   Courtroom 100
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc