IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| TIMOTHY C. MORRIS | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:12-cv-01800 |
| CARTER GLOBAL LEE, INC. | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, MOTION TO COMPEL

COMES NOW DEFENDANT CARTER GLOBLE LEE, INC. ("Defendant") (named incorrectly by Plaintiff as "Carter Global Lee, Inc.") and, pursuant to Fed. R. Civ. P. 56 and Fed R. Civ. P. 26, respectfully requests this Court to dismiss Plaintiff Timothy C. Morris's claims with prejudice. In support of its Motion, filed herewith is the following:

a. Defendant's Memorandum of Points and Authorities;

b. Statement of Material Facts for Which there is No Genuine Dispute;

c. Declaration of Nichole DeVries; and

d. All pleadings, discovery papers and evidentiary materials properly before the Court at the time of consideration of this motion.

1

## GOOD FAITH CERTIFICATION

Counsel certifies that pursuant to LCvR 37(e), Plaintiff and Defense Counsel have conferred and a good-faith effort has been made to resolve the discovery dispute however they have been unable to resolve the conflict between them.

_____/s/_____
Paul W. Mengel III

Date:  August 25, 2014                                    Respectfully submitted,

_____/s/_____
Paul W. Mengel III (Bar No. 457207)
Nichole L. DeVries (Bar No. 1009328)
PilieroMazza PLLC
888 17th Street NW, 11th Floor
Washington, DC  20006
(202) 857-1000
(202) 857-0200 (Fax)
*pmengel@pilieromazza.com*
*Attorney for Defendant Carter Globle Lee, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of August, 2014, a true and correct copy of the above pleading was served by first-class mail to:

Timothy C. Morris
4505 Henderson Road
Temple Hills, MD 20748

                                                     /s/

                                         Paul W. Mengel III