IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TIMOTHY C. MORRIS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:12-cv-01800 |
| CARTER GLOBAL LEE, INC. | ) ) ) | |
| Defendant. | ) ) ) | |

## **ORDER**

This matter came before the Court on Defendant Carter Globle Lee's Motion for Summary Judgment, or in the Alternative, Motion to Compel, filed on August 25, 2014. Having reviewed the submissions of the parties, and it appearing to the Court that Plaintiff has failed to produce evidence that Defendant Carter Globle Lee either intended to or did discriminate against Plaintiff on the basis of his race, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is granted and this matter is DISMISSED, with prejudice.

SO ORDERED.

Date: August ___, 2014                                    _____
                                                          United States District Court Judge

Copies to:

Timothy C. Morris
4505 Henderson Road
Temple Hills, MD  20748


Paul W. Mengel III
PILIEROMAZZA PLLC
888 17th Street, NW, Suite 1100
Washington, DC  20006
(202) 857-1000 (Phone)
(202) 857-0200 (Fax)
pmengel@pilieromazza.com
Counsel for Defendant